THE UNITED STATES OF AMERICA FOR THE
1st CIRCUIT DISTRICT DIVISION FEDERAL COURT
OF CONCORD, NEW HAMPSHIRE

FILED - USDC -NH
2023 SEP 14 AM 11:39

Case #_____

# TABLE OF CONTENTS
[Page 1-7]

Donald Freese
- V -
Concord state prison and its entirety "et al"

# PLAINTIFF'S VERIFIED MOTION FOR COMPLAINT WITH JURY DEMAND
[Pages 1-39]

1. Introduction to Case and Claims   Pg. 1-3

2. Jurisdiction   Pg. 3-3

3. Involved defendants   Pg. 3-6

4. Statement of the claim/Factual overview Pg. 6-26

5. Claims For relief   Pg. 26-34

6. Relief Requested   Pg. 34-38

7. Notarization   Pg. 39

FILED - USDC -NH
2023 SEP 14 AM 11:42

# United States District Court
## District of New Hampshire

Donald Freese
_____
Plaintiff

v.

NH State prison for men and its
entirety "et al" Defendant(s)

Civil Action No. _____
(To be provided by Clerk's Office)

**TO BE COMPLETED BY PLAINTIFF**
(Check One Only)
(X) DEMAND FOR JURY TRIAL
(__) NO JURY TRIAL DEMAND

## *COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983*

I.  Parties

A. Please provide the following information for each plaintiff:

1. Name Freese _____ Donald _____ J
        (Last)              (First)        (Initial)

2. Place of Detention Hillsborough County DoC

3. Institutional Address 445 Willow St
Manchester NH

4. Are you incarcerated pursuant to a pretrial detention order or are you a sentenced inmate?

   □ Pretrial Detention Order
   □ Sentenced Inmate

5. Date pretrial detention order was issued or sentence imposed _____

B. Please provide the full name, current title and address known for each defendant:

1. Name [See] attatched Motion for jury trial
   (Last)                        (First)                        (Initial)

2. Title NH State prison For men "et Al"

3. Address

Concord, NH

(If the complaint is being made against more than one defendant, please attach additional sheets listing the above information and allegations as follows.)

II.    Statement of Claim

For each claim, please include the following information on attached sheets:

1. State which of your federal constitutional or federal statutory rights have been violated.
   SEE ATTATCHED COMPLAINT SUBSECTION C
2. State which defendant(s) have violated that particular right for each allegation.
   SEE ATATCHED COMPLAINT Subsection C AND B
3. State, with specificity, the facts and circumstances that gave rise to the violations or deprivations alleged.
   SEE ATTATCHED COMPLAINT IN FACTUAL OVERVIEW
4. State the harm or damage that resulted from the alleged violation or deprivation.
   SEE ATTATCHED SUBSECTION A AND C

Allegation 1: [ATTATCHED]

Supporting *Facts*:

[SEE] Attatched Plaintiffs motion For complaint with jury trial
      Subsections
(A) Statement of the Claim (factual overview)
(B) Defendants involved
(C) Claims For relief (violations specific constitutional violations)
(D) relief requested

Allegation 2: ATTATCHED

Supporting *Facts*:

Allegation 3: ATTATCHED

Supporting Facts:

(If more space is needed to explain any allegation or to list additional facts, attach additional pages)

III.    Relief

You must request specific relief in your Complaint.  State briefly exactly what you want the court to do for you (attach additional pages if necessary):


ATTATCHED
          Subsection (D)

USDCNH-11 (Rev. 12/20)(previous editions obsolete)                    Page 5

SEE ATTATCHED MOTION FOR COMPLAINT PAGE 39
FOR NOTARIZATION OF MOTION

Date: 9|11|23

_____
Signature of Plaintiff

State of New Hampshire        ]
                              ]    ss
County of Merrimack           ]

_____Donald Freese_____, being first duly sworn, upon oath, presents that (s)he has
read and subscribed to the foregoing complaint, and states that the information contained therein is true
and correct.

Subscribed and sworn before me this __14h__ day of __September__, 2023.

MATTHEW R. O'MALLEY
JUSTICE
MY
COMMISSION
EXPIRES
SEPT. 23, 2025
OF THE PEACE
NEW HAMPSHIRE

O R

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE
AND CORRECT.

_____9|11|23_____                    _____
         DATE                                    SIGNATURE

## JURY TRIAL DEMAND

I demand a jury trial for all claims for which a jury trial is allowed.

YES (✓)      NO ( )
(check one only)

USDCNH-11 (Rev. 12/20)(previous editions obsolete)          Page 6

Date: 9\11\23 _____          _____
                                      Signature of Plaintiff

UNITED STATES OF AMERICA FOR
THE 1st CIRCUIT DISTRICT DIVISION FEDERAL
COURT OF CONCORD, NEW HAMPSHIRE

FILED - USDC -NH
2023 SEP 14 AM 11:39

September term 2023

RE:

Case # _____

DONALD FREESE - Plaintiff of address 445
Willow St Manchester, NH 03103
- V -
NH State Prison For Men "Concord" and its entirety

C/o Pelleteire

C/o Sanchez

C/o Brownlie

C/o Feutner

C/o Aulis

C/o Partridge

C/o Carter

C/o DeJesus

C/o Masse

C/o Peculta

Page (1) of (7)

C/o Vendrell

C/o Edmark

C/o Carruso

C/o Rivard

C/o Camran

C/o Lamontaine

C/o Laploure

C/o carter "2"

C/o Abdul Kadir

C/o Youngman

C/o Bafieto

C/o Vargus

C/o Magnell

C/o Hillson

C/O DeJesus "2"

C/O Hair

Corporal Cristie

Sargeant Turcotte

Lieutenant Lydick

Captain Boynton

Captain Masse

Lieutenant Ash

Warden Edmark

Lieutenant Brown

Major Stephan Zack

Captain Burke

Sargeant DeMoss

Captain Totten

Prison of Concord included below

NH Attorney Generals officers

Timmothy J Sullivan

John Formella

Joe M Fincham

Detective Martineus

NH Public Defenders

Ashley Sheehan

Eric Raymond

Co Cowell
"Sued in their individual and official capacities"

4. I have recieved approximately $2000

in gifts from family members in the last 12

months.

5. I have no other source of income

and I have a YDC case that has not been

finalized and completed as yet. I do not own

any cash, my bank account has a balance of

$100, I do not own any real estate, stocks,

bonds, notes, automobiles, or other valuable

property.

6. Attempted to request copies of my account

here at the jail without success.

CC. LINDA NORMAN [SEE Exhibit A]

Resident Account Summary from 6/29 - Present

Page (2) of (3)

I, Donald Freese, hereby Declare (verify,
Certify, or state) that the foregoing facts
and information are true and correct, under
the pains and penalties of Perjury, Pursuant
to 28 USC § 1746. Executed on this 11th
day of September 2023.

Signed: Donald Freese
Address: Hillsborough County Dept. Of Corr.
445 Willow Street Manchester, NH 03103

Signed before me in the State of New Hampshire,
County of Hillsborough, City of Manchester on this
11th day of September 2023.



MATTHEW R. O'MALLEY
JUSTICE
MY
COMMISSION
EXPIRES
SEPT. 23, 2025
OF THE PEACE
NEW HAMPSHIRE

Page (3) of (3)

FILED - USDC -NH
2023 SEP 14 AM 11:39

PLAINTIFFS VERIFIED DECLARATION IN
SUPPORT OF REQUEST FOR LEAVE TO PROCEED
"IN FORMA PAUPERIS"
[Page 1 - 3]

1. Exhibit A   Plaintiffs account summary 6/29 - Now

PLAINTIFFS VERIFIED DECLARATION
IN SUPPORT OF APPOINTMENT OF COUNSEL
[Page 1-5]

MEMORANDUM OF LAW IN SUPPORT OF
PLAINTIFF'S MOTION FOR THE APPOINTMENT
OF COUNSEL
[Pages 1-12]

1. Statement of the case   Pg 1-3

2. Statement of the facts   pg 3-4

3. Arguement   Pg. 4 - 11

4. conclusion   Pg 11-12

RETURNED COPIES OF USDCNH-11 and 13A
Completed within the foregoing documentations
Page (7) of (7)

THE UNITED STATES OF AMERICA FOR THE CIRCUIT DISTRICT DIVISION FEDERAL COURT OF CONCORD, NEW HAMPSHIRE

September term 2023

Case # _____

Donald Freese

V

Concord State prison and its entirety "et al"

## PLAINTIFFS VERIFIED MOTION FOR COMPLAINT WITH JURY DEMAND

NOW COMES, the plaintiff Donald Freese of address 445 willow street Manchester, NH, being held on Pretrial detention at the Hillsborough county department OF corrections, moving "pro se" in the above entitled matter. In support of this motion the plaintiff RESPECTFULLY States the following facts and information under the pains and Penalties of perjury pursuant to 28 USC § 1746.

## INTRODUCTION
(claims included)

1. This is a civil rights action Filed by Donald Freese who is currently housed Pre-trial at the Hillsborough County Department of Corrections, for Damages and injunctive relief under 42 USC §1983. Here the plaintiff alleges (A) malicious misuse of force (B) malicious and sadistic intent (C) cruel and unusual Punishment (D) deprivation of right to bodily liberty (E) deliberate indifference (F) Atypical and significant hardship (G) denial of medical care (H) Due Process violations. The Plaintiff also asserts and alleges methodical psychological mind torture, defamation of character, and Plea violations. The above violations reflect on the 4th, 8th, and 14th amendment to the united States constitution. The complaint also alleges torts of Assault and Battery, intentional infliction of emotional distress, Failure to protect and provide a standard of decency

in depriving Plaintiff of clean water/food clothing and

shelter.

NOTE: RESPECTFULLY all Available administrative
remedies were fully exhausted

## JURISDICTION

2. This honorable court has jurisdiction over all

claims of federal constitutional rights violations, Pursuant

to 42 USC §1331(1) and 1343. The court also has supp-

lemental jurisdiction over the plaintiffs state law tort

claims pursuant to 28 USC §1367.

## INVOLVED DEFENDANTS

3. NH State Prison For Men "Concord" and its entirety

4. Correctional officers;

sgt
Brownlie, Fuetner, Aulis, Partridge, Carter, Masse, Vargus

Desesus "1,2", Perulta, Vendsell, Edmark, Carruso, Rivard,

sgt
Camran, Lamontaine, Pelletiere, Sanchez, Laploure,

Carter "2", Abdul Kadir, Youngman, Bafieto, Magnell,

Hillson, Hair. All of which were employed as

correctional officers at all times presently relevant.

They are sued in their individual and official

capacities.

5. Sargeants; Turcotte and Demoss,

Captains; Boynton, Masse, and Totten, Burke

Lieutenants; Lydick, Ash, and Brown

Corporal Cristie, Warden Edmark, Major

Stephan Zack. These above listed officers
are superior officers at the prison at all times
presently relevant. They are sued in their individual
and official capacities.

6. Investigators A Zafa, shwab, and Phelps were
investigation officers employed by the prison at all times
presently relevant. They are sued in their official and
individual capacities.

7. Warden Edmark, the warden at all times presently
relevant she is sued in his official and individual capacities.

8. NP Williams, christina, Nurse Fallen, Karen,
Dr. Riforgiano, ERthw, Mental health clinician
Daryl and Amid were employed in the medical
department at all times presently relevant, they

are sued in their individual and official capacities.

9. Also involved parties include Timmothy J Sullivan, John Formella, and Joe Fincham, of the Attorney Generals Office, Ashley Sheehan, and Eric Raymond of the NH public defenders office, and Detective Marténeus of Manchester Police department. These parties actively interfered with this case moving forward and are therefore presently relevant to all claims herein, they are sued in their individual and official capacities.

## STATEMENT OF THE CLAIM
### - OR -
## FACTUAL OVERVIEW

Page (6) of (39)

10. On or around 4/21/21 I was called to H building

upstairs office. Upon leaving LT Turcotte asked me to put

my hands on wall which I complied.

11. LT Turcotte without warning punched me. C/o Fuetner

Aulis, Magnell, and Bafieto, also were in the area

12. once I fell, Turcotte ordered the group to punch

and kick me while unresisting, afterwards sat on

my back and yanked my head backwards, to which

he then ordered Aulis to "give me some good ones" to

which Aulis initially refuses and was ordered again to which

he said "sorry" and kicked me in the face brutally three

times.

13. The group continued to jump me as inmates began to

crowd trying to help me in response Turcotte ordered

to take me from view.

14. I was dragged 20-30 feet with my body limp.

15. The assault then continued with Bafieto stomping

on my back. They flipped me and were stomping

and punching my throat and testicles.

16. C/o Magnell attempted to sheild me from further

attack. Turcotte ordered the camera footage to

be deleted by Capt. Masse for H building upstairs

hallway.

17. Later was brought from H building to Shu

with blood filled spit mask, could not walk and

was half dragged while passing a yard full of

inmates, in a show of dominance, slammed me into

the fence.

18. In a further show of dominance Partridge

yanked my handcuffed arms from the back up

towards my head while my pants dropped to my ankles.

19. NOTE: These events were captured on a hand-
held camera with sound from H building to shu

20. I was uncuffed, stripped, and Lt Lydick outside of

the normal told me to get on my knees. Words were

exchanged behind me and I was unexpectedly Attacked,

struck, and slammed.

21. Lydick ordered Demoss to taze me to which he

responded "he is not resisting" and was ordered again,

which he then complied. My head hit the wall and

my teeth chipped.

22. I was put into the restraint chair for an unknown

period of time with a blood filled spit mask

covered in blood and in extreme pain.

NOTE: As a show of loyalty these group assaults
commonly occur to test and evaluate officer
loyalty

23. I was transported to CMC Hospital, had a

severe concussion and blood swelling. I was about to

undergo further testing, but CPL Cristie rushed us out

without nurses knowledge.

24. On or around May 2021 had a hearing with

Barton & Capt Masse, I stated he was present

during incident he was hearing me on to which

he lied violating Due process.

NOTE: Usually officers involved cannot and do not hold
hearings for incidents they were actively involved in for
disciplinary reasons and due process reasons

25. On or around May/June 2021 on G-tier, C/o Masse, Perulta, and Vargus assaulted me in the Sally Port off camera Punching me in the head and Jaw in an effort to scare me into not pursuing charges for previous incidents and their criminal conduct. SEE Medical X-RAYS

26. After this assault I was stripped and left in G-tier dayroom. No incident report was made to hide incident

27. ON or around 7/25/21 at dinner C/o ED-Mark, and Sgt. Brownlie Served. I started to eat and began to feel like Razors were in my throat choking me I could not breathe and was in fear for my life.

28. The next day Sgt. Brownlie, C/o Vendrell, and C/o DeJesus, served. I took a bite and swallowed, feeling the same sensation but much worse, losing my vision, and could not breathe. A tier were witnesses to this they were banging on the doors trying to get help.

29. Sgt Brownlie came threatening inmates with violence for helping me.

30. Came to my door stated "You dont Know what your fucking with" I said "Please I dont want to die" "I'll tell them I ate paper"

31. He called Non emergency medical response By the time they came I was close to death,

32. Two narcans were needed to which my breathing began to steady. Medical called ambulance, C/O Masse, Partridge, Edmark, Sgt Brownlie, Tried to bully/coerce me into not going to hospital in a Unified attempt to deny me medical care SEE Camera

33. Once at hospital I told them I'd eate paper out of fear of retaliation not mentioning Poisoning and drugsand urine tests were done. The nurse said the urine was clean even though I knew there must have been drugs, they had to have lied

34. I asked how could it have been clean if I overdosed and needed narcan and was ignored

35. Upon my return to A tier I drank water from my sink and felt "razors" in my throat

again. This was ignored and out of retaliation for this I was

moved by Brownlie to I tier punishment.

36. Out of fear I went on suicide watch in attempt to be safe

on camera in the day room.

37. Be noted I remained here on suicide watch for months in

fear of eating the food, so I starved myself losing 60-80 lbs

38. Cos would lie to medical that I ate so nobody would help me

39. HERE I was denied clothing, a mattress, water and restroom

for very long periods, regularly sleeping on the floor, forced

to defecate on the day room floor, forced to drink urine.

NOTE: Suicide watch is supposed to be on medical unit.
The officers involved would move me from this unit to
the SHU, often in the middle of the night where these
atrocities took place.

40. This continued for months.  SEE Medical documents

Page (14) of (39)

NOTE: Here after Psychological torture continues with special operational chemicals I have knowledge that LT Brown gets from his government friends. I was unknowingly poisoned with this secret government chemicals that read your mind putting your thoughts to text, and gives them the ability to speak into your mind when white noise is around, appearing as though they are in the room. I have been savagely tortured by these corrections officers with these chemicals to an unfathomable extent. CPl Cristie told me LT Brown used to poison prison south units juice and read their minds for pleasure, I eventually figured out what was being done to me. I am still mentally tortured and denied help; With AGS Knowledge

41. I was given coffee by an inmate that I know to be one of

CPl Cristies informants. Upon drinking I knew I had ingested drugs

and reported this to C/o Edmark and was ignored.

42. I stated I was suicidal to get help C/o

Masse and Edmark took me to SHU

medical

room. I told the nurse I need narcan

and a urine, to which C/o masse interfered

and in a jointeffort was denied both. The

next day attempting the same urine test

with mental health nurse, and was denied by

C/o Vendrell.

43. That night I was taken to J tier. Third

Shift came on stating "The show begins in

20 minutes." Co Carusso"

44. Shortly thereafter voices began screaming in my

head sounding as if they were being harmed, and

talking to me in my head. I thought they

were coming from the vent or speakers saying

things only those close to me would know

Yelling and Screaming for help in familiar

Voices.

45. The voices played for 24 hours a day causing

Sleep deprivation. The voices continue to invade

and torture my mind to this day.

46. All SHU officers knew or were directly

involved in the torture one particular

night Sgt Brownlie and C/o Laplourde put

audio of me talking to these voices in my cell

and posted it onto instagram as a form

of their sick entertainment and my torture.

A proper federal investigation into all

alleged evidence will uncover supporting info-

rmation to these and other claims.

Page (17) of (39)

47. Weeks of not eating c/o carter was

Serving upon serving me the last meal son cart

was acting suspicious wanting to see me eat it.

I became suspicious and saved it to report in

morning.

48. I noticed paper squares around the ground

that I noticed were earlier being "dropped" around

the tier by c/o Brownlie and John Doe c/o. To

which I retrieved a few to save with the meal

to report.

49. NOTE: Upon further thought of first pois-
oning attempt being unsuccessful and me saying
I'd tell the hospital I ate paper out of fear for
retaliation I decided to save the paper squares
to be tested attempting to prove another attempt
on my life.

50: NOTE: The July 2021 previous poisoning attempt Where supposedly I ingested drugs was never documented in an attempt to "sweep it under the rug"

51. I reported my suspicions to LT Lydick, the Food and Paper to be tested, which was documented by him SEE Documentations

52. LT Lydick called investigator Shwab for these items to be tested, later hearing from C/O Peralta and Lt Lydick that "drugs" were found. Requests for documentation ignored. This issue was claimed by investigator Azara to have been reported to the AGS office.

53. During the same month another incident involving a substance that was previously revealed to me that was used to murder an inmate by nurse Fallen and

c/o Camran before I became a threat to them,

was then used on me put into my food by c/o Cam-

ran and c/o Vendrell

54. NOTE: This is one of the things Cpl Cristie
explained to me much before these events described.
He described it as a substance that restricts the
heart and makes you feel like you are on fire. He
said c/o Camran likes to call it "Holy fire"

55. I became very hot feeling like I was dying

begging for medical. Camran stated "maybe you

should get right with God" that it was "holy fire"

SEE Before and after heart ultrasound Documentation

56. At this point I am still being kept by

Sgt Brownlie on SHU dayroom torturing my mind

leaving me without facilities feeling unsafe

to eat, drink, and being plagued by these

Voices kept awake.

57. Afraid for my safety I was forced to drink from the toilets when at all possible due to attempts to poison my drinking water.

58. In September 2021 I was finally allowed to make a call on medical unit. I contacted my family asking them to call police. SEE Recorded Jail calls

59. Detective Martineus came to interview me but remembering CPl cristie mentioning him as corrupt I feared retaliation and told him the bare minumum. SEE Recorded interview

60. October 2021 I made it clear I was not safe anywhere in the Prison System.

LT Ash came to interview me about where I could

live safely. I told him because of information

that I know, and these attempts on my life that

I would not be safe anywhere. Shortly after

Sgt Demoss came and threatened me with a tazer

and hand held camera to force me to RTU, out of

fear I submitted. SEE handheld video footage

61. Upon transfer Sgt Lamontaine stripped me naked

for a strip search. She is a female with a beard.

62. November 2021 Lamontaine stood watching my

privates during urine test. This brought up childhood trauma

63. January 2022 I Returned to Suicide watch

for safety

64. Clinician Darylin another attempt to

Page (2) of (39)

Silence me, tried to coerce me back to RTU where

I did not feel safe. He threatened me with being

Sent to SHU IF I declined. He produced a paper

that was prepared in advance telling me if I sign

I wont go to SHU to which I trusted him and signed.

He tricked me into signing attempting to protect

their criminal conduct with this secret operational

chemical. I threatened to report and he responded "good

luck the government always wins. I did not know

the significance of this authorization form or

even what it was before signing.

65. I reported this to my public defender

Ashley Sheehan who tried to coerce me to silence

saying this could "cause problems"

66. My heart had been in a lot of pain and I fell out

Smashing my head Nurse Fallen came with Hand held

67. John Doe %0 Started dragging me hurting me Further

Cooper attempted to stop him and doe assaulted him, and

Doe continued dragging me <u>SEE Hand Held Video</u>

68. AG detective Tim Sullivan and John Doe came

to interview me in Berlin <u>SEE Recording</u>

69. They brought up and had full Knowledge of the mind torture

the assaults, torture with the gov. chemicals, and citing

Paper work that Daryl had tricked me to sign Authorizing

the use of this chemical, then methodically asked questions

under extreme duress trying to cover up criminal conduct

Said they'd just destroy the paperwork proving the use of this

chemical Attempted to coerce me to silence saying "IF

Page (34) of (39)

I don't speak up they owe me" They left saying they'd

be back to stop the torture but didn't come back or

answer my letters or other attempts for help.

To Note: I have documentation of my lawyer
[attempting to talk to Ag's office about Substance used]

71. I attempted to talk to another lawyer "Skulla Brainey"

who was interested in my case, notifying me that he'd talk

with my current lawyer and Sullivan.

72. Upon speaking with them he was deterred from

helping me. Afterwards in a joint effort to silence me

Sullivan and Raymond July 2022 put in for a competency

hearing against my will and was found competent.

73. After being deemed competent Raymond

ordered another hearing from a different doctor

Nothing had        Pg(25)oF(39)

changed with my mental state but he deemed me incom-

petent. I was ordered for another hearing from the first

doctor that deemed me competent, and he then deemed me

incompetent when nothing at all had changed.

74. NOTE: My lawyer is "doctor shopping" to attempt to

support his claim of my incompetency so that he effe-

ctively cuts me off from obtaining any outside

help trying to make me look incompetent to sweep

their criminal conduct under the rug.


## CLAIMS FOR RELIEF

75. Many of the allegations above fall under multiple

constitutional claims. In effort to summarize without

repeating the entire factual overview

Page (26) of (39)

Let it be stated that ALL DEFENDANTS involved knew

and were deliberately indifferent to all allegations OR

were direct participants. Specific participants named

for each claim and breifly reasoned in someclaims

in others where it isnt restated is because itd

be repeating information.

76(A) The malicious and sadistic intent during

the brutal assaults and the actions after by but

not limited to, Turcotte, Fuetner, Aulis, Maynell, Barieto,

Masse, Camran, Cpt masse, Partridge, Lydick, Demoss, Perolta

is apparent. The force applied was not applied in effort to keep

or maintain order it was done maliously to cause harm being

Punched, Kicked, dragged, beaten, choked and by causing

damage to the plaintiffs testicles to the Point where

he may not be able to have children. The defendants

also in poisoning, and denying him medical care

support malicious and sadistic intent. These allegations

also support claims of cruel and unusual punishment,

deliberate indifference, intentional infliction of

emotional distress, and assault and battery.

(13) The cruel and unusual punishment

in summation as follows:

(1) Poisoning of food with drugs and water

(2) deprivations of toilet mattress and clothing

for long periods of time

(3) sleep deprivation By

Keeping me awake or moving me in the middle of the
night (4) Threatening remarks and actions after the
assault(s) that kept me in fear (5) using chemical
torture, reading my thoughts, playing voices in my head,
Making me want to die. Defendants involved in these
claims include but arent limited to C/o Masse, Vargus,
Peralta, LTLydick, vendsell, camran, Sgt Brownlie, DeJesus,
Partridge, Edmark, Carter, Laplouide, and Carusso.
These actions caused significant mental anguish by
forcing me to defacate on the floor, drink urine/out of toilets,
Sleep on the concrete. Supervisors would also (6)
Make documentation or video evidence disappear
(7) Leave grievances and complaints of
Staff members and Supervisors

Misconduct unanswered or answered with

Violence. (8) While being beaten or tortured

Officers would stand by and do nothing.

These actions fall under deliberate indif-

ference, Failure to provide a safe environment,

intentional infliction of emotional distress,

humiliation, and Malicious and sadistic

intentions, Psychological torture, significant,

hardship,

(C) Denial of Medical care in summation

as follows (1) requests For ultrasound on my

heart were ignored for long periods (2) being

taken from hospital by CPl cristie before

tests could be done (3) refusing to contact

the nurse to get me help (4) when urine

tests did come back the documentation was

denied to me (5) Intimidation to not go

to hospital by c/o Masse, Partridge, Edm-

ark, and Sgt Brownlie. Officers Vendrell

CPI Cristie and camran also interfered

with medical care forcing the nurses to

do the same

(D) Significant hardship and psychological

torture in summation as follows;

(1) voices screaming in my head after drug

was used on me that continue to this day,

the invasion of privacy by using this drug

to read my thoughts and use them against

me. (2) Being afraid to eat or drink

because of attempts to kill me with fentanyl,

(3) being forced to starve myself (4) the

being forced to resort to drinking water from

the toilet rather than the sink because of the

attempt using fentanyl on me. (5) Forcing

me to defacate on the floor from being

denied bathroom. All officers were deliberately

indifferent to these events, or did partic-

ipate.

(6) Not knowing who can help

(F) PREA violation for Lamontaine

Strip searching and conducting a urine

test on me.

Page (3a) of (39)



(F) Intentional infliction of emotional distress

(G) Assault and Battery

(H) Deprivation of Right to bodily liberty

(I) And the deliberate indifference by all
defendants, including Timmothy Sullivan,
John Formella, and Joe Fincham of the
AG's office who knew and neglected
investigating the events or participated
in covering them up, My Public defend
ers Eric Raymond and Ashley Sheehan,
for Knowing and actively deterring me
and others from bringing this informa-
tion forward. For Eric Raymond in
defamation of character trying to

obstruct my attempts For help by getting doctors

to File me as incompetent.

NOTE: My life has been in danger with these assaults
and poisonings because of Knowledge I posses regarding
NH government corruption at the highest levels involving
murder, murder For hire, RICO Level organized crime led
by Corporal Cristie, State drug disposal saved and
stolen and distributed to informants. With proper
investigation into these claims corruption will be
exposed. These attempts on my life have forced me
to come forward with this information, I fear if I
dont get help they will eventually succeed. The mind
Chemicals are used to torture and blackmail me
and they can be used to track me down. They are
still active in my body to this day. This can
no longer be covered up and I need help. Please
save my life.

## RELIEF REQUESTED

77. WHEREFORE, The plaintiff requests

that this honorable court Grant the

following relief:

(A) Issue a declaratory Statement Stating

that:

1. The officers involved either participated

or were indifferent as to all claims for relief

acting under color of State law failed to

act depriving him of even the most basic

constitutional rights under 4th 8th and

14th amendments.

2. All actions by the defendants deprived

the Plaintiff of these constitutionally

protected rights, and also in Part violated

NH State Law. The actions were done

maliciously with the intent to deprive or

intent to cover up these actions or to

Physically or mentally harm.

3. The Failure to act by the Attorney

Generals office after informed of these

Claims was seemingly done in a joint

effort to cover up these violations.

4. The coersion by his lawyers actively

Covering up these events by trying to make

the Plaintiff look crazy, and in being delib

-erately indifferent deprived him of the

right to adequate counsel.

(B) Issue an Injunction order ordering

the Prison medical department or its agents

to (1) Immediately arrange for the plaintiff

to undergo counselling service at an outside

facility at their own expense (2) Immediat-

ely arrange for the plaintiff to undergo

physical examination at an outside facility

at their expense to diagnose long term effects

and correct them if necessary.

(C) The plaintiff seeks compensatory,

punitive, and nominal damages for these and

all claims for relief.

NOTE: While it is difficult to put a
monetary value on each of these constitutional
right violations the plaintiff seeks an appro-
priate compensation for the extreme conditions
and circumstances. RESPECTFULLY, this is where
a lawyer would be necessary for legal discussion
as to the full extent of these violations and the

Proper course of actions to take. Being that this case is being introduced "Pro se" by an incarcerated inmate the plaintiff also asserts this kind of relief that can only be achieved with the appointment of counsel and respectfully asserts that the following relief be executed without delay

(D) The Appointment of Counsel (see

Attatched Declaration for Appointment

of Counsel and Memorandum)

(E) In the future it may be necessary to

File an amendmant for additional ~~executing~~

evidence materials or information. Please

allow leave for amendmant in the future.

Respectfully Submitted,

Signed : _____

I, Donald Freese, hereby declare (verify, certify, or state) that the foregoing is true and correct under the pains and penalties of perjury pursuant to 28 USC § 1746.

executed on this 11th day of September 2023

Signed : Don Freese

Signed before me on the 11th day of September 2023. In the State of New Hampshire, County of Hillsborough, City of Manchester.



MATTHEW R. O'MALLEY
JUSTICE
MY COMMISSION EXPIRES
SEPT. 23, 2025
OF THE PEACE
NEW HAMPSHIRE

Donald Freese #649967
Hillsborough County DOC
445 Willow St
Manchester NH
03103

Office of the Clerk of Court
United States District Court for the District of NH
Warren B. Rudman United States Courthouse
55 Pleasant Street Room 110
Concord, NH 03301

